LATHAM & WATKINS LLP
ROGER J. CHIN, Bar No. 184662
roger.chin@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 391-0600

MATTHEW J. MOORE (*pro hac vice*)
matthew.moore@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:   (202) 637-2200

MICHAEL R. SERINGHAUS, Bar No. 274848
michael.seringhaus@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone:   (650) 328-4600

*Attorneys for Plaintiff ReCor Medical, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RECOR MEDICAL, INC., | **CASE NO. 4:22-cv-03072-KAW** |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| MEDTRONIC IRELAND MANUFACTURING UNLIMITED CO. and MEDTRONIC VASCULAR, INC., | |
| Defendants. | |

WHEREAS, the instant action is stayed pursuant to 35 U.S.C. § 315(a)(2) (*see* Docket No. 14);

IT IS HEREBY STIPULATED, subject to the approval of the Court:

1. Plaintiff is not required to serve the summons and complaint on Defendants during the pendency of the stay.

2. Defendants are not required to answer or otherwise respond to the complaint during the pendency of the stay.

3. Any deadlines to serve parties or to answer or otherwise respond to the complaint are tolled during the pendency of the stay.

Dated: August 1, 2022

| LATHAM & WATKINS LLP | WILLIAMS & CONNOLLY LLP |
|---|---|
| By:  s/Roger J. Chin  <br> Roger J. Chin | By:  s/D. Shayon Ghosh  <br> D. Shayon Ghosh |
| Roger J. Chin (Bar No. 184662) <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> Telephone: (415) 391-0600 <br> Email: roger.chin@lw.com | D. Shayon Ghosh (Bar No. 313628) <br> 680 Maine Avenue SW <br> Washington, DC 20024 <br> Telephone: (202)-434-5047 <br> Email: sghosh@wc.com |
| *Attorneys for Plaintiff* <br> *ReCor Medical, Inc.* | *Attorneys for Defendants Medtronic Ireland Manufacturing Unlimited Co. and Medtronic Vascular, Inc.* |

## **ATTESTATION**

Pursuant to Civil L.R. 5-1(h)(3), I hereby attest that each of the other Signatories has concurred in the filing of this document.

Dated: August 1, 2022

s/Roger J. Chin  
Roger J. Chin

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 5, 2022

_/s/ Kandis Westmore_
HON. KANDIS A. WESTMORE
UNITED STATES DISTRICT JUDGE