TURNER BOYD SERAPHINE LLP
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Keeley I. Vega (State Bar No. 259928)
vega@turnerboyd.com
Jacob S. Zweig (State Bar No. 296129)
zweig@turnerboyd.com
Alexander Krois (State Bar No. 334346)
krois@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, CA 94402
Telephone: (650) 521-5930

*Attorneys for Medtronic Ireland Manufacturing Unlimited Co., Medtronic Vascular, Inc., and Medtronic, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RECOR MEDICAL, INC., <br><br> Plaintiff and Counterclaim-Defendant, <br><br> vs. <br><br> MEDTRONIC IRELAND MANUFACTURING UNLIMITED CO., <br><br> Defendant and Counterclaim-Plaintiff, <br><br> MEDTRONIC VASCULAR, INC., and MEDTRONIC, INC. <br><br> Defendants. | Case No. 3:22-cv-03072-TLT <br><br> **DECLARATION OF KEELEY I. VEGA IN SUPPORT OF MEDTRONIC'S OPENING CLAIM CONSTRUCTION BRIEF** <br><br> Date:      October 7, 2024 <br> Time:      11:00 a.m. <br> Location:  Courtroom 9 <br> Judge:     Hon. Trina L. Thompson |

I, Keeley I. Vega, hereby declare and state as follows:

1. I am a Partner at the law firm of Turner Boyd Seraphine LLP, counsel for Medtronic Ireland Manufacturing Unlimited Co., Medtronic Vascular, Inc., and Medtronic, Inc. (collectively, "Medtronic") in this matter, and a member in good standing of the State Bar of California. I submit this declaration in support of Medtronic's Opening Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called to testify, I could and would competently testify thereto under oath.

2. Attached as Exhibit A is a true and correct copy of United States Patent No. 8,845,629.

3. Attached as Exhibit B is a true and correct copy of United States Patent No. 11,801,085

4. Attached as Exhibit C is a true and correct copy of the expert report of Dr. Daniel W. van der Weide (Medtronic's expert witness), dated June 7, 2024.

5. Attached as Exhibit D is a true and correct copy of excerpts of the transcript of the deposition of Dr. Lishan Aklog (Recor Medical Inc.'s expert witness), dated June 25, 2024.

6. Attached as Exhibit E is a true and correct copy of United States Patent No. 6,669,655 to Acker et al. ("Acker").

7. Attached as Exhibit F is a true and correct copy of excerpts of the hearing transcript from IPR2022-00431's Oral Hearing (IPR Paper 31), dated May 4, 2023.

8. Attached as Exhibit G is a true and correct copy of the expert report of Dr. Lishan Aklog, dated June 7, 2024.

9. Attached as Exhibit H is a true and correct copy of Exhibit 4 from the deposition of Dr. Lishan Aklog on June 25, 2024, and is United States Patent No. 10,687,883 to Aklog.

10. Attached as Exhibit I is a true and correct copy of Exhibit 5 from the deposition of Dr. Lishan Aklog on June 25, 2024, and is a journal article titled "Effects of thermal properties and geometrical dimensions on skin burn injuries" by S.C. Jiang et al.

11. Attached as Exhibit J is a true and correct copy of Exhibit 6 from the deposition of Dr. Lishan Aklog on June 25, 2024, and is United States Patent No. 10,335,189 to Aklog

12. Attached as Exhibit K is a true and correct copy of an Office Action submitted during prosecution of United States Patent App. No. 12/754,337 (the application leading to United States Patent No. 8,845,629), dated August 29, 2013.

13. Attached as Exhibit L is a true and correct copy of an Amendment and supporting Remarks/Arguments filed by the patent applicant during prosecution of United States Patent App. No. 12/754,337 (the application leading to United States Patent No. 8,845,629), dated October 31, 2013.

14. Attached as Exhibit M is a true and correct copy of excerpts of the Institution Decision from IPR2022-00431 (IPR Paper 11), dated August 4, 2022.

15. Attached as Exhibit N is a true and correct copy of excerpts of the Patent Owner's Preliminary Response from IPR2022-00431 (IPR Paper 10), dated May 10, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed on July 26, 2024 in San Mateo, California.

TURNER BOYD SERAPHINE LLP

*/s/ Keeley I. Vega*
Keeley I. Vega (State Bar No. 259928)
vega@turnerboyd.com

DECL. OF KEELEY I. VEGA ISO MEDTRONIC'S OPENING CLAIM CONSTRUCTION BRIEF                    CASE NO. 3:22-CV-03072-TLT